IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 21-00051-CG-MU |
| DOMINIC BIBEAU | : |
| **Defendant.** | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 16) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Information is now accepted and the Defendant is adjudged guilty of the offense of possession of a loaded firearm in a school zone in violation of Title 18, U.S.C., § 922(q)(2)(A).

A sentencing hearing has been scheduled for **July 28, 2021, at 9:30 a.m.,** under separate order. The Defendant is **ORDERED** to be present for said hearing.

**DONE and ORDERED** this the 12th day of July, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE